[No. 12911–2–I. Division One. August 6, 1984.]

JOHN STRACHAN, ET AL, *Appellants,* v. KITSAP COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 825986, Frank D. Howard, J., entered February 18, 1983. *Reversed* by unpublished opinion per

Williams, J., concurred in by Ringold, J., Swanson, J., dissenting.